UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HARDY,

        Plaintiff,        Case No. 1:17-cv-20

v.        Honorable Paul L. Maloney

INGHAM COUNTY JAIL et al.,

        Defendants.

_____/

## ORDER FOR PARTIAL DISMISSAL and PARTIAL SERVICE

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action against Defendants Ionia County Jail, WLNS Crime Stoppers, Jerold McGlothlin, Myrle Carner, Jane Doe (Unknown Party #2), and Unknown Jungel be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e).

IT IS FURTHER ORDERED that the Clerk shall forward the complaint to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to Defendant Moore in the manner prescribed by Fed. R. Civ. P. 4(d)(2).[1] If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

IT IS FURTHER ORDERED that the remaining Defendant shall file an appearance of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of

---

[1] The Court lacks sufficient information at this juncture to order service of the complaint on Defendant John Doe (Unknown Party #1).

service or, in the case of a waiver of service, 60 days after the waiver of service was sent. Until so ordered by the Court, no Defendant is required to file an answer or motion in response to the complaint, and no default will be entered for failure to do so. *See* 42 U.S.C. § 1997e(g)(1). After a Defendant has filed an appearance, proceedings in this case will be governed by the Court's Standard Case Management Order in a Prisoner Civil Rights Case.

Dated:  January 31, 2017                        /s/ Paul L. Maloney                    
                                                   Paul L. Maloney
                                                   United States District Judge