UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| Gregory Hardy, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 1:17-cv-20 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| Christina Moore, et al., | ) | |
| Defendants. | ) | |
| | ) | |

## **JUDGMENT**

In accordance with the Court's Opinion and Order (ECF No. 92), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: August 7, 2018           /s/ Paul L. Maloney
                               Paul L. Maloney
                               United States District Judge